UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MATTHEW WASHINGTON
VS.                    #CV614-024
MS. M. WEST ET AL

[NOTICE OF APPEAL]

COME NOW MATTHEW WASHINGTON AND APPEALS THE ABOVE CAPTIONED CASE TO THE 11TH CIRCUIT COURT OF APPEALS IN ATLANTA, GEORGIA.

RESPECTFULLY SUBMITTED:

THIS 13TH DAY OF MAY 2014

*Matthew Washington* (signature)

**HOLY REVEREND**
MATTHEW WASHINGTON
#390995 GA STATE PRISON
2164 GA HWY 147
REIDSVILLE, GA 30499

TO WHOM IT MAY CONCERN:
DATE: 4-28-2014
I bELiEVE THAT CHRISTIANTY IS THE MOTHER OF ALL RELigiONS. MY NAME is MATTHEW WASHINGTON. JESUS CHRIST IS THE HEAd OF THE CHURCH; HE IS THE KiNg OF GLORY.

JESUS IS THE GREATEST OF ALL TIMES; THERE is NONE; gREATER THAN HE.

THERE is NOT A FRIENd; LIKE THE LoviNg JESUS; NO NOT ONE.

JESUS died ON THE CROSS; SO THAT WE MAY LIVE: THERE IS NO gREATER LOVE; thAN THAT:
YES; I do bELIEVE: CHRISTIANTY is THE MOTHER OF ALL RELigiONS: BECAUSE; LOVE IS THE gREATEST POWER OF THEM ALL... JESUS is LOVE.

*Matthew Washington*
OFFENdER MATTHEW WASHINGTON
#390995 GEORgiA STATE PRISON
REidsVille, GEORgiA

TO WHOM IT MAY CONCERN:
DATE: 4-28-2014
I believe that Christianty is the mother of all religions. My name is Matthew Washington. Jesus Christ is the head of the church; He is the King of Glory.

Jesus is the greatest of all times; there is none; greater than He.

There is not a friend; like the loving Jesus; no not one.

Jesus died on the cross; so that we may live; there is no greater love; than that.
Yes; I do believe; Christianty is the mother of all religions: Because; Love is the greatest power of them all... Jesus is Love.

Matthew Washington
OFFENDER MATTHEW WASHINGTON
#390995 GEORGIA STATE PRISON
REIDSVILLE, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MATTHEW WASHINGTON,

    Plaintiff,

v.

MS. M. WEST; DR. MOTH;
and DR. MOYENDA,

    Defendants.

CIVIL ACTION NO.: CV614-024

## ORDER

Plaintiff, currently incarcerated at Georgia State Prison in Reidsville, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. In <u>Washington v. Alaimo</u>, 934 F.Supp. 1395 (S.D. GA 1996), the Honorable William T. Moore, Jr., United States District Court Judge, enjoined Plaintiff from filing a lawsuit in this or any other federal district court unless the following conditions were met:

    1. In addition to paying the [$400.00] filing fee . . ., Plaintiff must post a $1,500.00 contempt bond with the Clerk of court. This bond will be held by the Clerk of Court and, if Plaintiff has conducted the affairs in his case appropriately within the realm of Federal Rule of Civil Procedure 11, the bond will be returned to Plaintiff at the conclusion of his case.

    2. A signed affidavit shall accompany his complaint in which Plaintiff swears that he has read Federal Rule of Civil Procedure 11 and that he will abide by the tenets listed therein.

    3. A photocopy of this Order shall be attached to his complaint.

<u>Id.</u> At 1400 (footnotes omitted). The Clerk of Court was instructed in that Order to return any complaint from Plaintiff that did not comply with the three conditions. <u>Id.</u>

AO 72A
(Rev. 8/82)

Plaintiff has not complied with Judge Moore's Order, and therefore, he may not proceed with this case in this Court. Accordingly, the complaint in this case is **DISMISSED**, and this civil action is **CLOSED**. Plaintiff must comply with the terms of Judge Moore's Order if he desires to file a complaint in this Court.

Plaintiff's Motion for Appointment of Counsel (doc. 3) and Motion for Leave to Proceed in forma pauperis (doc. 4) are **DISMISSED** as moot.

**SO ORDERED**, this ___6___ day of _____May_____, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Matthew Washington,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-24,

Ms. M West, el al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 5/6/14, judgment is hereby entered dismissing the complaint.



5/6/14
Date

Scott L. Poff
(By)

GAS Rev 10/1/03

DATE: 5-13-2014

HON. B. AVANTEDEFIELD
Judge United States District Court
Southern District of Georgia

I thank you sir for your time and attention in this matter.

*Matthew Washington* (signature)
HOLY REVEREND MATTHEW WASHINGTON
#390995 GA STATE PRISON
REIDSVILLE, GA

THIS 13th day of MAY 2014

ENCLOSED IS: TO WHOM IT MAY CONCERN
DATED: 4-28-2014

HOLY REVEREND
MATHEW WASHINGTON
#390995 G.S.P.
2164 GA HWY 147
REIDSVILLE, GA 30499

MACON GA 310
13 MAY 2014 PM 2 L

CLERK, U.S. DISTRICT COURT
P.O. BOX 8286
SAV. GA. 31412

