AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Matthew Washington,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-24,

Ms. M West, el al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 5/6/14, judgment is hereby entered dismissing the complaint.

5/6/14
Date



(By)

GAS Rev 10/1/03