IN UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

MATTHEW WASHINGTON
    V    APPEAL # 14-12173-A
M. WEST ETAL
    DISTRICT DOCKET # 614-CV00024-BAE-JEG

COME NOW MATTHEW WASHINGTON AND APPEALS SAYING:
I BELIEVE THAT THE DISCIPLENAY SANCTIONS OF THE COURT WAS CORRECT AND FEASIBLE BECAUSE THE SIUATION CALL; BECAUSE I WAS WAY OUT OF LINE.

THERE WAS NOT A TIME FRAME; AND I LOST MY RIGHTS FOREVER. MY ONLY OBJECTION IS THAT. I LOST MY RIGHTS AND THE DISTRICT COURT SET NO TIME LIMITATION ON ITS SANCTIONS ON ME.

THIS 28th DAY OF MAY 2014

_[signature]_

OFFENDER MATTHEW WASHINGTON
#390995 GA STATE PRISON
2164 GA ▓▓ HWY 147
REIDSVILLE, GA ▓▓ 30499
CC: CLERK U.S. DISTRICT COURT