14-12173-A

TO WHOM IT MAY CONCERN:

DATE: 5-29-2014

I BELIEVE THAT CHRISTIANTY IS THE MOTHER OF ALL RELIGIONS. MY NAME IS MATTHEW WASHINGTON. JESUS CHRIST IS THE HEAD OF THE CHURCH; HE IS: THE KING OF GLORY.

JESUS IS THE GREATEST OF ALL TIMES; THE IS NONE; GREATER THAN HE.

THERE IS NOT A FRIEND: LIKE THE LOVING JESUS; NO NOT ONE.

JESUS DIED ON THE CROSS; SO THAT WE MAY LIVE: THERE IS NO GREATER LOVE; THAN THAT:

YES; I DO BELIEVE: CHRISTIANTY IS THE MOTHER OF ALL RELIGIONS: BECAUSE; LOVE IS THE GREATEST POWER OF THEM ALL... JESUS IS LOVE.

Matthew Washington  5-28-2014

OFFENDER MATTHEW WASHINGTON
#390995 GEORGIA STATE PRISON
REIDSVILLE, GEORGIA

U.S. COURT OF APPEALS
RECEIVED
CLERK
JUN 02 2014
ATLANTA, GA

Matthew Washington
#390995
Georgia SP - Inmate Legal Mail
2164 GEORGIA HWY 147
REIDSVILLE, GA 30499

MATHEW WASHINGTON
#390995 GA STATE PRISON
2164 GA HWY 147
Reidsville, GA
30499

MACON GA 310
29 MAY 2014 PM 2 L

HON. JOHN LEY, CLERK
U.S. COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

CLEARED
JUN 2014
U S MARSHALS
ATLANTA, GA