TO: HON. CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
P.O. BOX 8286
SAV. GA. 31412

DATE: 6/7/2014

RE: ADDRESS CHANGE NOTICE TO COURT

CASE# CV 614-024

DEAR CLERK,

THIS IS JUST AN ADDRESS CHANGE NOTICE.

PLEASE LET ME KNOW THE STATUS OF THE ABOVE STYLED CASE IN YOUR COURT.

MATTHEW WASHINGTON
#390995
PHILLIPS STATE PRISON

MATTHEW WASHINGTON
#890995 PHILLIPS STATE PRISON
2889 WEST ROCK QUARRY ROAD
BUFORD, GA. 30519

HON. CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GA.
P.O. BOX 8286
SAVANNAH, GA. 31412