# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2014

Scott L. Poff
U.S. District Court
125 BULL ST RM 308
SAVANNAH, GA 31401-3762

Appeal Number: 14-12173-A
Case Style: Matthew Washington v. M West, et al
District Court Docket No: 6:14-cv-00024-BAE-JEG

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A/rvg
Phone #: (404) 335-6188

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-12173-A
_____

MATTHEW WASHINGTON,

                              Plaintiff - Appellant,

versus

MS. M. WEST,
DR. MOTH,
DR. MOYENDA,

                              Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Matthew Washington failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules, effective July 18, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Denise E. O'Guin, A, Deputy Clerk

                                              FOR THE COURT - BY DIRECTION